GALLAGHER, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Annie Gallagher, as administratrix, against Edgar B. Newman. L. S. Garrere, for appellant. J. A. Allen, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re GARDNER. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) In the matter of the application of Charles H. Gardner, individually and as general guardian of Gustav Gardner, an infant, etc. No opinion. Motion granted. Fee of the guardian ad litem to be paid out of the father's fund.

GARLOCK v. GARLOCK et al. (Supreme Court, Special Term, Jefferson County. December, 1906.) Action by Jason Garlock against Orilla C. Garlock and others. On motion to dismiss for want of prosecution. Denied. G. S. & H. L. Hooker, for the motion. Lansing & Lansing opposed.

DEVENDORF, J. I think this motion is properly addressed to the Special Term, and that it would not be within the power of the referee to hear and determine a motion to dismiss pursuant to section 822 of the Code. In view of the equities in this action and the facts shown on this motion, I have concluded that the parties should have a day in court herein, if the case proceeds henceforth with diligence. This motion is therefore denied, with $10 costs, generally, to abide the event, without prejudice to a renewal thereof if the plaintiff fails to notice the case for trial before the referee within 10 days after notice of the entry of order hereon. Motion denied, with $10 costs generally, to abide event, without prejudice to a renewal thereof if plaintiff fails to notice case for trial before the referee within 10 days after notice of entry of order herein.

GARVEY, Appellant, v. OLDBURY ELECTRO-CHEMICAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Edward Garvey against the Oldbury Electro-Chemical Company. No opinion. Order affirmed, with costs.

GASPARD, Appellant, v. PIERRE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Maggie B. Gaspard against George Pierre and others. P. Mitchell, for appellant. W. Arrowsmith, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GAUDIOSO, Respondent, v. LATHROP, SHEA & HENWOOD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Michele Gaudioso against the Lathrop, Shea & Henwood Company. No opinion. Judgment and order affirmed, with costs.

GLEASON, Appellant, v. NORTHWESTERN MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Mary A. Gleason against the Northwestern Mutual Life Insurance Company. E. Frayer, for appellant. A. Opdyke, for respondent. PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs in this court and in the court below. Order filed. LAUGHLIN, J., dissents.

GOFFEN, Appellant, v. SCHMEIDLER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Henry B. Goffen against Isaac Schmeidler and another. H. Salant, for appellant. D. E. Ogden, for respondents. No opinion. Order affirmed, with costs. Order filed.

GOLDINGER, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by Samuel Goldinger against Abraham Cohen and others. No opinion. Motion for stay denied, with costs. A doubt being raised on the papers as to the existence of the client represented, the costs should be paid by the attorney personally.

GOLDMAN, Respondent, v. SWARTWOUT, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Esther Goldman against Frank G. Swartwout. J. C. Bushby, for appellant. N. D. Stern, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. HOUGHTON, J., dissents.

GOLDSMITH et al., Respondents, v. HAMMEL et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Charles P. Goldsmith and another against Leo Hammel and others. D. Gerber, for appellants. W. V. Goldberg, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GOLDSMITH, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Tillie Goldsmith against the Interurban Street Railway Company. E. Jacobus, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GORSCH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Sophia Gorsch against Clement H. Smith. J. C. J. Langbein, for appellant. G. M. Bode, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GOULD et al., Respondents, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by George J. Gould and others against John H. Springer. J. T. Easton, for appellant. D. H.

Taylor, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GRANT v. CANANEA COPPER CO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by James A. Grant against the Cananea Copper Company. No opinion. Motion granted. Order filed.

GRANT et al., Respondents, v. GREENE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by James A. Grant and another against William C. Greene and others. M. E. Harby, for appellants. W. B. Raymond, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRANT et al., Respondents, v. GREENE CONSOL. COPPER CO., Appellant. (Supreme Court, Appellate Division, First .Department. April 5, 1907.) Action by James A. Grant and another against the Greene Consolidated Copper Company. No opinion. Appeal dismissed, without costs. Order filed.

GRATTAN, Respondent, v. TOMPKINS, Appellant. (Supreme Court Appellate Division, Second Department. April 26, 1907.) Action by Margaret Grattan against George B. Tompkins. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

GREACEN, Respondent, v. POEHLMAN, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Thomas E. Greacen against Frederick J. Poehlman. J. N. Ardner, for appellant. A. B. Carrington, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GROARKE, Respondent, v. LAEMMLE, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Francis J. Groarke, an infant, against George Laemmle. D. Berier, for appellant. J. A. Foley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 86 N. Y. Supp. 1137.

GROWVOGEL, Respondent, v. SIEGEL-COOPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by John J. Growvogel against the Siegel-Cooper Company. No opinion. Judgment and order unanimously affirmed, with costs.

GURVITZ, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Mendel Gurvitz against the New York City Railway Company. From an order setting aside a verdict recovered by plaintiff, he appeals. Return sent back to the files for such action as counsel may advise. David Goldstein, for appellant. William E. Weaver, for respondent.

PER CURIAM. The briefs in this case on both sides refer to an appeal from an order setting aside the verdict of a jury rendered in favor of the plaintiff, from which order it is said an appeal was taken by the plaintiff. The record, however, contains no order, nor is there any notice of appeal by the plaintiff attached thereto. The return is therefore sent back to the files for such action as counsel may advise.

GUTHORN, Respondent, v. McCLURE NEWSPAPER SYNDICATE, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Meyer Guthorn against the McClure Newspaper Syndicate. No opinion. Order affirmed on argument, with $10 costs and disbursements.

HAMILL, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from City Court of New York, Special Term. Action by Arthur Hamill against the Interurban Street Railway Company. From an order denying plaintiff's motion to restore the cause to the day calendar, he appeals. Modified. John F. Foley (William J. Martin, of counsel), for appellant. Henry A. Robinson (Bayard H. Ames, of counsel), for respondent.

GIEGERICH, J. This cause was marked off the City Court day calendar by consent on April 6, 1906, but the plaintiff's counsel did not move to have it restored to the day calendar until January, 1907. As the affidavit did not state any reason for the delay, the motion was denied. While such disposition of the motion was warranted, I think, in view of the fact that the absolute denial of the motion has the effect of depriving the plaintiff of his right of trial, leave to renew should have been given on additional papers showing reason for the delay in attempting to move the case for trial. The order should therefore be modified, as indicated, without costs. All concur.

HAMLIN v. HAMLIN et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Mary B. Hamlin against Herbert W. Hamlin and another. No opinion. Motion denied, with $10 costs. Order filed.

HANNEY, Respondent, v. JOHN N. ROBINS CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Michael Hanney against the John N. Robins Company. No opinion. Judgment and order unanimously affirmed, with costs.

HARKOW et al., Appellants, v. HAUSER, Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by James M. Harkow and others against David Hauser. No opinion. Judgment of the Municipal Court affirmed, with costs.

HART et al., Appellants, v. HART et al., Respondents. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Charles Hart and others against Sarah